JS-6
Stay

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

YUXIN LIU,

Plaintiff,

v.

ALEJANDRO MAYORKAS, et al.,

Defendants.

No. 5:24-cv-00118-JGB-SHK

**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until June 30, 2025.

Dated: March 14, 2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE